LEGAL SERVICES OF NORTHERN CALIFORNIA
Millie Yan, SBN # 275309
W.H. Whitaker, SBN # 145560
190 Reamer Street
Auburn, CA  95603
Telephone: (530) 823-7560
Facsimile:  (530) 823-7601
Email: myan@lsnc.net
hwhitacker@lsnc.net

Attorneys for Plaintiff,
William Brock

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICRT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHARLES BROCK,<br><br>             Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>             Defendant. | Case No.:  2:13-cv-01739-CMK<br>**ORDER ON**<br>**STIPULATION OF DISMISSAL** |

   On January 14, 2014, the parties jointly submitted a Stipulation of Dismissal to the Court.

   Accordingly, the instant matter is dismissed without prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses.

   IT IS SO ORDERED.

   Dated:  January 30, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** has been made this _____ day of _____, 2014, via the Court's CM/ECF system to:

Donna Wade Anderson                    Donna.W.Anderson@ssa.gov
*Attorney for Defendant,*
*Commissioner of the Social Security Administration*


                                        _/s/ ._____
                                        MILLIE YAN
                                        W.H. WHITAKER
                                        Attorneys for Plaintiff, William Brock